UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER G. WILEY, III

VERSUS                                                    CIVIL ACTION

LOUISIANA STATE PRISON, ET AL                             NO. 11-840-JJB-SCR

## RULING

Pro se plaintiff, while confined at the Central Louisiana State Hospital, Pineville, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Louisiana State Prison, the Department of Health and Hospitals, the Civil Rights Division and Gilda Wesley.

Plaintiff did not pay the filing fee or file a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. A review of the court's records showed that the plaintiff is barred from proceeding in forma pauperis because he has, on three prior occasions during detention, brought an action in federal court that was dismissed as frivolous or for failure to state a claim upon which relief can be granted.[1]

On December 21, 2011, the plaintiff was granted 21 days from the date of the order to pay the court's filing fee in the amount of $350.

---

[1] Section 1915(g) contains an exception that allows prisoners whose privileges have been revoked to proceed in forma pauperis in cases involving imminent danger of serious physical injury. Plaintiff's claims do not fall under the exception.

A review of the record showed that the plaintiff failed to pay the filing fee.

Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, March 28, 2012.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA